**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )  **CASE NO:  1:22-MJ-0018-BKE** |
| | ) |
| **vs.** | )  **FILED UNDER SEAL** |
| | ) |
| **ROBERT JAMES THOMPSON** | ) |

## GOVERNMENT'S MOTION TO SEAL ~~SEARCH~~ ARREST WARRANT AND ALL RELATED PAPERS

COMES NOW, the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and moves the Court to **SEAL** the Complaint and Arrest Warrant, this Motion, and all other related papers in the above-captioned case, showing the Court as follows:

1)   On or about this date, a Complaint and Arrest Warrant as captioned above was issued.

2)   Publication of the Complaint and Arrest Warrant and related papers could compromise this on-going investigation.

Respectfully submitted this 7th day of July 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

*s/ Jeremiah L. Johnson*
Jeremiah L. Johnson
Assistant United States Attorney
Georgia Bar No. 527699