AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>ROBERT JAMES THOMPSON<br><br>Defendant(s) | ) ) ) ) ) ) ) ) Case No.<br>1:22-MJ-0018-BKE |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/14/2021 to at least 03/15/2022__ in the county of __RICHMOND__ in the __SOUTHERN__ District of __GEORGIA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5) | Possession of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Applicant's signature

Farrah Rajabi, Special Agent FBI
Printed name and title

Attested to by the applicant in accordance with the requirement of the Fed. R. Crim. P. 4.1. by Microsoft Teams.

Date: 07/07/2022

_____
Judge's signature

City and state: AUGUSTA, GEORGIA

HON. BRIAN K. EPPS, MAGISTRATE JUDGE
Printed name and title