UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA

vs.

ROBERT JAMES THOMPSON

Case No.1:22-MJ-0018-BKE

Filed Under Seal

## COMPLAINT AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

I, Farrah Rajabi, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.     I am a law enforcement officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.  I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since March 2020, and I am currently assigned to the Atlanta Division, Augusta Resident Agency.  Prior to my employment with the FBI, I was a Special Agent with Homeland Security Investigations beginning in June 2016. During that time, I led numerous federal investigations and wrote, prepared, and executed numerous search warrants. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.     As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.  I know that Title 18, United States Code, Section 2252(a)(4)(B) prohibits a person from possessing images of children engaged in sexually explicit conduct, as defined in 18 U.S.C. section 2256 ("child pornography"), Section 2252(a)(1) prohibits the transportation of child pornography, and 18 U.S.C. Section 2252(a)(2) prohibits the receipt and distribution of child pornography.

3.     Pursuant to Title 18, United States Code Section 2258A, a provider of electronic communication services or remote computing services to the public through a means or facility of interstate commerce, such as the internet, shall report incidents of apparent violations of child exploitation statutes to the CyberTipline of the National Center for Missing and Exploited Children (NCMEC). Such a report may include the pornographic image(s) and other identifying or descriptive information.

4.     This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

5.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography have been committed by Robert Thompson. There is also probable cause to search the information described in

2

Attachment A for evidence and contraband of these crimes further described in
Attachment B.

## JURISDICTION

6.     This Court has jurisdiction to issue the requested warrant because it is
"a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§
2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the
United States that has jurisdiction over the offense being investigated." 18 U.S.C. §
2711(3)(A)(i).

## PROBABLE CAUSE

7.     On or about October 15, 2021, **Cybertip 104878234** was received from
the National Center for Missing and Exploited Children (NCMEC). It should be
noted that information is received at NCMEC, Exploited Child Unit (ECU)
regarding possible criminal violations such as Sexual Exploitation of Children or
offenses involving the possession or distribution of child pornography. The
information comes from several sources including Internet Service Providers (*i.e.,*
Yahoo!, Google, Facebook, etc.) monitoring their network, law enforcement agencies,
and civilians. The received information is reviewed by the ECU, and a limited
amount of investigative action is undertaken. This action includes conducting
checks of public databases, where applicable, to identify potential suspects as well

as to determine which Internet Crimes Against Children (ICAC) Task Force will receive the report.

8.      **Cybertip 104878234** was submitted by Google and received by NCMEC on October 15, 2021, at 09:27:01 UTC. According to information contained in **Cybertip 104878234**, on October 14, 2021, at 08:41:08 UTC, Google Reviewer identified twenty-four (24) files of suspected child pornography material located on the Google platform, specifically Google Photos.

9.      I am aware that Google Reviewer is an automated reviewing system that scans the Google platform for child sexual abuse content and flags any content that has previously been identified as child sexual abuse material or child pornography content. When Google Reviewer identifies child sexual abuse material or child pornography content, a Cybertip is immediately and automatically generated and forwarded to NCMEC for review. Additionally, with respect to a portion of the Cybertip stating whether the file was reviewed by the company, when Google responds "Yes," it means that the contents of the reported file were viewed by a person concurrently to or immediately preceding the sending of the Cybertip. When Google responds "No," it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography.

10.      The following additional information was provided in the report for **Cybertip 104878234**:

**Suspect:**

Name: Robert Thompson
Mobile Phone: +17069147809 (Verified 07-04-2020 04:33:19 UTC)
Email Address: bigred3287@icloud.com (Verified)

**Additional Information Submitted by the Reporting ESP:**
Google became aware of the reported content which was stored in Google
Photos infrastructure.

**Uploaded File Information**
Number of uploaded files: 24

11.     FBI Special Agent (SA) Harold "Tripp" Godbee reviewed all twenty-four

(24) files that were reported to NCMEC by Google and noted that multiple files were

indicative of the sexual exploitation of children and depicted child pornography.

Below is a sampling of the files that were reviewed by a person working for Google

concurrently to or immediately preceding being reported to NCMEC and reviewed by

SA Godbee:

> **Filename "report_18318492092725414821.jpg"** depicts a Caucasian female
> toddler wearing white underwear with a purple and yellow cartoon depiction.
> The toddler's underwear is pulled to the side, exposing her vagina. An adult
> male is inserting his penis into the toddler's vagina.

> **Filename "report_12693637662580981047.jpg"** depicts two prepubescent
> Caucasian females laying on a brown, plaid couch, with their legs spread in
> the air. The minors are using their hands to expose their vaginas. Both minors
> are wearing bikini tops, and the underwear of both minors have been moved
> so as to expose their vaginas.

> **Filename "report_13017807017875215441.jpg"** depicts a prepubescent
> minor Caucasian female inserting a pen into her vagina. The minor is laying
> on her back with her legs spread, and her underwear is pulled down. The
> minor's vagina and anus are the focal point of the picture.

12.     The GBI Child Exploitation and Computer Crimes (CEACC) Unit previously submitted a subpoena to Apple, Inc. for customer, payment, and account information as well as an IP history report for email address bigred3287@icloud.com. Apple, Inc. provided the following information for the subscriber of the above email address:

> **Subscriber Information**
> Subscriber Name: Robert Thompson
> Apple ID: bigred3287@icloud.com
> Account Created: Thu, 13 Feb 20 13:13 (PT)
> Account Address: 9522 Broad St., Avera, GA 30803
> Day Telephone #: (706) 914-7809
> Verified Telephone #: (706) 962-9513
> Account Number: 8396120030361035
> Account Status: Active
> Registration IP Address: 17.172.44.64

13.     Avera, Georgia is located in Jefferson County, which is in the Southern District of Georgia.

14.     **Cybertip 110674207** was submitted by Google and received by NCMEC on December 15, 2021, at 01:49:59 UTC. According to information contained in **Cybertip 110674207**, on December 15, 2021, at 01:44:19 UTC, Google Reviewer identified one (1) file of suspected child pornography material located on the Google platform, specifically Google Photos.

15.     The following additional information was provided in the report for **Cybertip 110674207**:

> **Suspect:**
> Name: Robert Thompson
> Mobile Phone: +17069629513 (Verified 11-23-2021 05:15:36 UTC)
> Date of Birth: 12-23-1987
> Email Address: 187og.killg@gmail.com (Verified)

**Additional Information Submitted by the Reporting ESP:**
A person at Google viewed the file to the extent necessary to confirm that it contained apparent child pornography concurrently to or immediately preceding the sending of the CyberTip.

**Uploaded File Information**
Number of uploaded files: 1

16.     SA Godbee reviewed the file that was reported to NCMEC by Google and noted that the file was indicative of the sexual exploitation of children and depicted child pornography. Below is a description of the file that was reviewed by a person working for Google concurrently to or immediately preceding being reported to NCMEC and reviewed by SA Godbee:

**Filename "report_16281061433500088903.mp4"** depicts a Caucasian pubescent male child standing up and naked. The male child's body is depicted from the torso down. The male child's body appears to be wet and the child appears to be urinating. There is the development of pubic hair noted around the child's groin area.

17.     On March 7, 2022, SA Godbee served a subpoena addressed to Google for customer, payment, and account information as well as IP history logs for the following Gmail accounts: 187og.killg@gmail.com. SA Godbee later received the subpoena production orders and noted the following for the 187og.killg@gmail.com account: The account was created on October 15, 2021, and the name associated with this account is "Robert Thompson." The account recovery SMS is (706) 962-9513. It should be noted that the phone number (706) 962-9513 was identified by Google in **Cybertip 110674207** as the reported user's phone number.

7

18.     On Thursday, March 3, 2022, SA Godbee obtained an Offender Personal Data Summary from the Georgia Department of Community Supervision which showed the following information about a probationer named Robert James Thompson: date of birth 12/23/1987; a primary telephone number of (706) 962-9513; and last known address of 800 North Hicks Street, Harlem, Georgia 30814. Robert Thompson is currently on probation for Jefferson County Superior Court Case 18CR00065 for Second Degree Burglary and has a current adjusted end date of March 21, 2023.

19.     On March 15, 2022, a Federal Search Warrant was served on Google for the email account **187og.killg@gmail.com.** On March 18, 2022, Google provided records associated with the account. SA Rajabi reviewed the contents of the **187og.killg@gmail.com** account and located files consistent with child sexual abuse material (CSAM). Descriptions of several files containing CSAM are as follows:

> **Filename "report_17600245468073693.jpg"** depicts a prepubescent female laying on her back, completely nude, with her legs spread. She is blindfolded, and her hands are tied above her head at the wrists with yellow cord.

> **Filename "report_6975639250005012953.jpg"** is a video of a prepubescent female whose face is not visible. The female is wearing a white dress and no underwear. The dress is pulled up, and the camera is focused on her vagina. An adult male penis penetrates her vagina.

20.     On June 22, 2022, SA Rajabi learned from Robert Thompson's Probation Officer, Kevin Taylor, Georgia Department of Community Supervision that Thompson currently resides at 2909 Gordon Highway, Grovetown, Georgia 30813 and Thompson currently works at the Hardee's fast food restaurant in Evans, Georgia between the hours of 3:00 a.m. and 11:00 a.m.

## CONCLUSION

1. Based on the foregoing, I submit that there is probable cause to believe that as early as October 14, 2021 to at least March 15, 2022, in Richmond County, Robert James Thompson did knowingly possess child pornography as defined in Title 18, United States Code, Section 2252(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, one or more of such images depicting a prepubescent minor or any person under 12 years old engaged in sexually explicit conduct said images having been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. Section 2252A(a)(5) Possession of Child Pornography. Therefore, I respectfully request that the attached warrants be issued authorizing the search of the arrest of Robert James Thompson.

*Signatures on next page.*

9

Respectfully submitted,

_____

Farrah Rajabi
Special Agent
United States Department of Justice
Federal Bureau of Investigation


Sworn to me through reliable electronic
means in accordance with Federal Rule
of Criminal Procedure 4.1.

Date: July 7, 2022


Augusta, Georgia
_____
City and State


_____
HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA